UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CAROL THOMAS

                              Plaintiff

                                                     **Docket# 6:20-cv-06239-EAW**

        vs.

CONAGRA FOODS, INC., CONAGRA BRANDS,
INC., DS CONTAINERS, INC., and, FULL-FILL
INDUSTRIES, LLC

                              Defendants

---

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

        Pursuant to Local Rule 5.3, Plaintiff Carol Thomas brings this motion seeking leave of

court to file certain exhibits related to her Response to Defendants' Motion to Dismiss for Lack of

Live Controversy or for Summary Judgment under seal. Plaintiff seeks to file the exhibits under

seal as they are subject to a protective order in other matters pending in other jurisdictions.


Dated: November 30, 2022                    Respectfully submitted,

                                            CAROL THOMAS,

                                            */s/ Frank V. Cesarone*
                                            Frank V. Cesarone, Esq. (*pro hac vice*)
                                            Peter J. Flowers, Esq. (*pro hac vice*)
                                            Meyers & Flowers, LLC
                                            3 N. 2nd Street, Suite 300
                                            St. Charles, IL 60174
                                            PH: (630) 232-6333
                                            FAX: (630) 845-8982
                                            fvc@meyers-flowers.com
                                            pjf@meyers-flowers.com

                                            Theresa M. Walsh, Esq.
                                            Michael C. Scinta, Esq.
                                            BROWN CHIARI LLP
                                            2740 Walden Avenue

1

2

Buffalo, New York 14225
PH: (716) 681-7190
FAX: (716) 681-8136
twalsh@brownchiari.com
mscinta@brownchiari.com